

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/14/2019 01:35 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:18-bk-05998-FMD | 13 | 07/20/2018 |

Chapter 13

**DEBTOR:** John Belviso

Virginia Belviso

**DEBTOR ATTY:** David Lampley

**TRUSTEE:** Jon Waage

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES::** Michael Cecil, David Fineman

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Confirmation Hearing - Confirmed O/Trustee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.